**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7302**

———————

WAYNE RESPER,

                    Plaintiff – Appellant,

          v.

SIRES, Sgt., N.B.C.I.; COLIN OTTEY; AUTUMN DURST; STEVEN
BRAY; DIANNA HARVEY; GREG FLURY; THERESA BRENNEMAN,

                    Defendants – Appellees,

          and

N.B.C.I. MEDICAL DEPARTMENT; DANA PRATT,

                    Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:12-cv-00719-PJM)

———————

Submitted:  January 30, 2014          Decided:  February 6, 2014

———————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wayne Resper, Appellant Pro Se. Rex Schultz Gordon, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland;
Patricia H. Beall, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY,
P.C., Towson, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Resper v. Sires, No. 8:12-cv-00719-PJM (D. Md. July 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3